# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GERBER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. and WAL-MART INC.,<br><br>Defendants. | Case No. 1:23-cv-03294-CBA-MMH |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stephen Gerber hereby dismisses all claims and causes of action against Defendants Energizer Holdings, Inc. and Wal-Mart Inc. without prejudice.

Respectfully submitted,

*/s/ Blake Hunter Yagman*

Israel David
Blake Hunter Yagman
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Tel.:         (212) 739-0622
Facsimile:    (212) 739-0628
Email:        israel.david@davidllc.com
              blake.yagman@davidllc.com

*Attorneys for Plaintiff Gerber*